**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No.  00-50259

BEATRICE ALVAREZ, Etc.; ET AL.,

Plaintiffs,

BEATRICE ALVAREZ, Individually and on behalf of the class of all
Hispanic employees, past, present and future denied promotion to
General Schedule Positions grade GS-09 and
above on the basis of national origin, sex, and/or age;
EMILIO CASTRO, Individually and on behalf of the class of
all Hispanic employees, past, present and future denied
promotion to General Schedule Positions grade GS-09 and
above on the basis of national origin, sex, and/or age;
ALICIA HERNANDEZ, Individually and on behalf of the class of
all Hispanic employees, past, present and future denied
promotion to General Schedule Positions grade GS-09 and
above on the basis of national origin, sex, and/or age; LUIS
P HERNANDEZ, Individually and on behalf of the class of all
Hispanic employees, past, present and future denied
promotion to General Schedule Positions grade GS-09 and
above on the basis of national origin, sex, and/or age; MARY
MONTEZ, Individually and on behalf of the class of all
Hispanic employees, past, present and future denied
promotion to General Schedule Positions grade GS-09 and
above on the basis of national origin, sex, and/or age;
MANUEL MUNOZ, JR, Individually and on behalf of the class of
all Hispanic employees, past, present and future denied
promotion to General Schedule Positions grade GS-09 and
above on the basis of national origin, sex, and/or age;
GUADALUPE RODRIGUEZ, Individually and on behalf of the class
of all Hispanic employees, past, present and future denied
promotion to General Schedule Positions grade GS-09 and
above on the basis of national origin, sex, and/or age;
ADOLPH VALADEZ, Individually and on behalf of the class of
all Hispanic employees, past, present and future denied
promotion to General Schedule Positions grade GS-09 and
above on the basis of national origin, sex, and/or age;

Plaintiffs - Appellants

MICHAEL GALVAN, JR

Appellant

                    v.

F WHITTEN PETERS, Secretary of the United States Department
of the Air Force

                    Defendant - Appellee

---

              Appeal from the United States District Court
                    For the Western District of Texas
                          SA-96-CV-1167-FB

---

                          May 15, 2001

Before DAVIS, WIENER and STEWART, Circuit Judges.

PER CURIAM:[*]

     The only two significant issues in this appeal are: (1)
whether the district court erred in refusing to certify a class;
and (2) whether the district court erred in dismissing the
individual claims.  After carefully reviewing the record and
considering the briefs and arguments of the parties, we conclude
that the district court did not err in either respect.

     The district court did not err in concluding that the
plaintiffs failed to establish the four requirements for class
certification.  Plaintiffs clearly failed to show that the class
representatives adequately represented the class.  Three of the
class representatives failed to appear and testify at the

---

     [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

certification hearing or submit evidence. The plaintiff's expert witness, Dr. Lewis, testified that he had not been provided the necessary funds or information to perform an adequate statistical analysis of the data required to establish a prima facie disparate impact case.

We also find no error in the district court's order dismissing the individual plaintiff's claims. The only significant issue plaintiff raises in this respect is that plaintiffs presented claims that were continuing violations which extended the deadlines for action required under the statute. Appellants argue in effect that the defendant perpetuated the effects of discrimination which was otherwise time barred and that this conduct constituted a new violation of Title VII that could be sued upon. This argument is foreclosed by <u>Trevino v. Celanese Corporation</u>, 701 F.2d 397, 403 (5th Cir. 1983).

We have also considered the district court's rulings on various discovery motions challenged by appellants and find no abuse of discretion in the court's rulings.

AFFIRMED.